**ELECTRONICALLY FILED**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LONDON
CASE NO.: _____

CAROL BROWN, EXECUTRIX of the
ESTATE of BOBBY LEE BROWN, SR.
and CAROL BROWN, individually,                                                          PLAINTIFFS


v.                                         **NOTICE OF REMOVAL**


SOMERSET HEALTH FACILITIES, L.P. d/b/a
CUMBERLAND NURSING AND REHABILITATION CENTER,                    DEFENDANT

\* \* \* \* \* \* \* \* \*

Comes now Defendant, Somerset Health Facilities, L.P., d/b/a Cumberland Nursing and

Rehabilitation Center, through counsel, and for its Notice of Removal from the Pulaski Circuit

Court to the United States District Court for the Eastern District of Kentucky, London Division,

states as follows:

1.      On May 6, 2014 Carol Brown ("Plaintiff") filed a Complaint in the Pulaski

Circuit Court styled, *Carol Brown, Executrix of the Estate of Bobby Lee Brown, Sr. and Carol*

*Brown, individually v. Somerset Health Facilities, L.P., d/b/a Cumberland Nursing and*

*Rehabilitation Center,* Commonwealth of Kentucky, Pulaski Circuit Court, Case No. 14-CI-

00463.

2.      The Complaint alleges Defendant, Somerset Health Facilities, L.P., was negligent

in its care and treatment of Bobby Lee Brown, Sr.  Plaintiff seeks to recover compensatory

damages from Somerset Health Facilities, L.P.

3.      Somerset Health Facilities, L.P. was served with the Summons and the Complaint

on May 9, 2014.

4.      This Court has jurisdiction to hear this matter pursuant to 28 U.S.C. §1332 based upon diversity jurisdiction.  Upon information and belief, Plaintiff is a resident and citizen of Wayne County, Kentucky and Defendant, Somerset Health Facilities, L.P. d/b/a Cumberland Nursing and Rehabilitation Center, is a foreign limited partnership organized under the laws of the State of Texas, with its principle place of business at 5420 W. Plano Parkway, Plano, Texas 75093. The limited partner for Somerset Health Facilities, L.P. d/b/a Cumberland Nursing and Rehabilitation Center is Thomas Scott, a resident of Texas, and the general partner is Somerset Health Facilities GP, LLC, a Texas limited liability company organized under the laws of the State of Texas, with its principal place of business in the State of Texas. Thus, the parties are citizens and residents of different states and the requirement of complete diversity is satisfied. *See* 28 U.S.C. §1332(a).

5.      Pursuant to 28 U.S.C. §1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending." The Circuit Court of Pulaski County, Kentucky is located within the jurisdiction of the United States District Court for the Eastern District of Kentucky, London Division. Therefore, venue is proper in this Court and division pursuant to 28 U.S.C. §1441(a).

6.      Based upon the allegations raised in the Complaint attached hereto, including Plaintiffs' demand for loss of consortium, this matter in controversy exceeds $75,000.00 in damages, exclusive of interest and costs.

7.       Pursuant to 28 U.S.C. §1332(a), this Court has jurisdiction over this action

because it is facially apparent from Plaintiffs' Complaint that Plaintiffs are seeking damages in excess of the jurisdictional amount in controversy.  28 U.S.C. § 1441(a) provides that "any civil action brought in state court which the district courts have original jurisdiction may be removed by the defendant . . . to the district court of the United States for the district embracing the place where such action is pending."  Federal District Courts "shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and cost, and is between . . . citizens of different states."  28 U.S.C. §1332(a).  When determining whether a case meets the jurisdictional requirement for purposes of removal, courts should consider "whether it is 'facially apparent' from the complaint that the damages are 'likely above' the jurisdictional amount in controversy." *Rotschi v. State Farm*, 114 F.3d 1188, 1188 (6th Cir. 1997).  Accordingly, the amount in controversy requirement is satisfied. *See* 28 U.S.C. §1332(a).  Plaintiffs seek compensatory damages as well as costs. Thus, it is facially apparent that Plaintiffs are seeking damages in excess of the jurisdictional amount.

8.      This Notice of Removal has been filed within thirty (30) days of the date when the action became removable as required by 28 U.S.C. §1446(b). This Notice of Removal is further consistent with 28 U.S.C. §1446(b) in that it has been filed within one year after the commencement date of this action.

9.      Pursuant to 28 U.S.C. §1446(a), copies of all process, pleadings, and orders served upon this Defendant in the State Court Action are attached to this Notice as Exhibit "A."

10.      Pursuant to 28 U.S.C. §1446(d), a copy of this Notice of Removal is being served upon all parties and a copy is being filed with the Circuit Court of Pulaski County, Kentucky.

11.      Because 28 U.S.C. §1332(a) confers federal subject matter jurisdiction over this action, removal of this action to this Court is proper pursuant to 28 U.S.C. §1441.

**WHEREFORE**, Defendant, Somerset Health Facilities, L.P. d/b/a Cumberland Nursing and Rehabilitation Center, at all times relevant hereto gives Notice of the removal of this action from the Circuit Court of Pulaski County, Kentucky, to the United States District Court for the Eastern District of Kentucky in the London Division.

QUINTAIROS, PRIETO, WOOD & BOYER, P.A.


*/s/ J. Peter Cassidy, III*
J. Peter Cassidy, III, Esq.
Matthew C. Cocanougher, Esq.
2452 Sir Barton Way, Ste. 300
Lexington, KY  40509
859-226-0057
859- 226-0059 – facsimile

   - and -

Donald L. Miller, II, Esq.
9300 Shelbyville Rd., Ste. 400
Louisville, KY  40222
502-423-6390
502-423-6391 – facsimile
ATTORNEYS FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

I hereby certify that on May 29, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I additionally certify that a true and accurate copy of the foregoing was served via U.S. mail, first class, postage prepaid, on the 29th day of May, 2014, upon:

| | |
|---|---|
| Thomas E. Carroll, Esq. | George Flynn |
| Carroll & Turner, P.S.C. | Pulaski Circuit Clerk |
| 56 Court St. | Pulaski County Court of Justice |
| Monticello, KY  42633 | 50 Public Square |
| | P.O. Box 664 |
| | Somerset, KY  42502-0664 |

*/s/ J. Peter Cassidy, III*
ATTORNEY FOR DEFENDANT