| AOC-105 Doc. Code: CI | | Case No. 14-CI-00463 |
|---|---|---|
| Rev. 1-07 Page 1 of 1 Commonwealth of Kentucky Court of Justice www.courts.ky.gov CR 4.02; CR Official Form 1 | **CIVIL SUMMONS** | Court ✓ Circuit ☐ District County Pulaski |

**PLAINTIFF**

CAROL BROWN, Executrix of the
Estate of Bobby Lee Brown, Sr. and
Carol Brown, Individually

VS.

**DEFENDANT**

Somerset Health Facilities, L.P.
d/b/a Cumberland Nursing and Rehabilitation Center

**Service of Process Agent for Defendant:**
National Registered Agents, Inc.
306 W. Main Street, Suite 512
Frankfort, KY 40601

**THE COMMONWEALTH OF KENTUCKY
TO THE ABOVE-NAMED DEFENDANT(S):**

You are hereby notified a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or** by **an attorney on your behalf** within **20 days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date: 5-6, 2014                         George Flynn                          Clerk
                                    By: R. May                                  D.C.

**Proof of Service**
This Summons was served by delivering a true copy and the Complaint (or other initiating document) to:

_____

this _____ day of _____, 2_____.

Served by: _____

_____ Title

COMMONWEALTH OF KENTUCKY
PULASKI CIRCUIT COURT
DIVISION I

CIVIL ACTION NO. 14-CI-00 463



FILED
GEORGE FLYNN, CLERK
MAY 06 2014
PULASKI CIRC DIST COURT
BY
                    D.C.

CAROL BROWN, Executrix of the Estate
of BOBBY LEE BROWN, SR. and
CAROL BROWN, individually                                           PLAINTIFF

VS.

SOMERSET HEALTH FACILITIES, L.P.
d/b/a/ CUMBERLAND NURSING AND
REHABILITATION CENTER                                               DEFENDANT

SERVE:  National Registered Agents, Inc.
        306 W. Main Street
        Suite 512
        Frankfort, KY 40601

\* \* \* \* \* \* \*

## COMPLAINT

Comes now the Plaintiff, Carol Brown, Executrix of the Estate of Bobby Lee Brown, SR., by counsel, and for her cause of action against the defendant, Somerset Health Facilities, L.P., d/b/a Cumberland Nursing and Rehabilitation Center, states as follows:

1.  That at all relevant times, Bobby Lee Brown, Sr. was a patient at the nursing home facility in Somerset, Kentucky operated by the defendant, Somerset Health Facilities, L.P., d/b/a Cumberland Nursing and Rehabilitation Center, hereinafter referred to as Cumberland Nursing and Rehabilitation.

2.  The defendant, Somerset Health Facilities, L.P., is a corporation that operates a nursing home known as the Cumberland Nursing and Rehabilitation Center in Somerset, Kentucky.

1

3. The plaintiff, Carol Brown, is the executrix of the Estate of Bobby Lee Brown, Sr., who died on May 8, 2013. Carol Brown was appointed as executrix of his estate of August 8, 2013.

4. Bobby Lee Brown, Sr. was admitted to defendant facility on April 11, 2013.

5. On or about May 2, 2013, while a patient at the defendant facility, Mr. Brown fell.

6. That the defendant facility, acting through its agents and employees was negligent in their care and treatment of Bobby Lee Brown, Sr.

7. That said negligent was a substantial factor in causing or failing to prevent the fall by Bobby Lee Brown, Sr. and otherwise causing injury and damage to the decedent.

8. That as a direct and proximate result of the negligence of the defendant, the plaintiff suffered the following damages, to-wit:

   a) pain and suffering endured by Bobby Lee Brown, Sr.

   b) medical expenses incurred by Bobby Lee Brown, Sr.

9. That the negligence of the defendant was a substantial factor in causing the death of Bobby Lee Brown, Sr.

10. That Carol Brown is the surviving spouse of Bobby Lee Brown, Sr. and has sustained a loss of the society and companionship of her husband as a result of the defendant's negligence.

WHEREFORE, plaintiff, Carol Brown, Executrix of the Estate of Bobby Lee Brown, Sr. and Carol Brown, individually, demand judgment as follows:

1. Judgment that will fairly and adequately compensate the plaintiff for the

damages hereinabove set forth.

2. Trial by jury.

3. That plaintiff recover her costs expended and be accorded such other relief to which she may appear entitled.

                                      CARROLL & TURNER, P.S.C.
                                      ATTORNEYS AT LAW
                                      56 COURT STREET
                                      MONTICELLO, KY 42633
                                      Telephone: 606-348-9767
                                      Facsimile:  606-348-3459
                                      Email: tomcarroll@carroll-turner.com

                              BY: _____
                                      THOMAS E. CARROLL
                                      *Attorney for Plaintiff*