UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION
CASE NO. 6:14-CV-00127-DLB

CAROL BROWN, Executrix of the )
Estate of Bobby Lee Brown, Sr. )
and CAROL BROWN, individually )
                               )
         PLAINTIFFS            )
                               )
VS.                            )
                               )
SOMERSET HEALTH FACILITIES, L.P.,)
d/b/a CUMBERLAND NURSING AND   )
REHABILITATION CENTER          )
                               )
         DEFENDANTS            )

* * * * * *

**MOTION TO SUBSTITUTE PARTIES**

Comes now the Plaintiff, by and through counsel, and for her Motion to Substitute Parties, states as follows:

Carol Brown, Plaintiff in the above-styled action, as Executrix of the Estate of Bobby Lee Brown, Sr., and individually, died testate. By Order of the Wayne District Court, Mrs. Brown's daughter, Pam Miniard, was named as Executrix of the Estate of Carol Brown. Further, as Mrs. Brown was the Executrix of the Estate of Bobby Lee Brown, Sr., the Wayne District Court entered an Order substituting Pam Miniard as Administratrix of the Estate of Bobby Lee Brown, Sr.

KRS 395.278 provides for a one year statute of limitations in which to revive an action after the death of a party. KRS 395.278 controls due to this being a state tort law action removed to federal court on the basis of diversity jurisdiction. *See Woods v. Walgreen Co.*, 2006 WL 709555 (W.D.Ky. 2006).

WHEREFORE, Plaintiffs move this Honorable Court, pursuant to KRS 395.278, to

1

substitute the parties to this action to allow the claim to proceed with Pam Miniard, Administratrix of the Estate of Bobby Lee Brown, Sr., and Pam Miniard, Executrix of the Estate of Carol Brown, as Plaintiff to this action.

        CARROLL & TURNER, P.S.C.
        ATTORNEYS AT LAW
        56 COURT STREET
        MONTICELLO, KY 42633
        (606) 348-9767
        tomcarroll@carroll-turner.com

        BY:  /s/Thomas E. Carroll
              THOMAS E. CARROLL
              LANCE W. TURNER
              *COUNSEL FOR PLAINTIFF*

## CERTIFICATE

I hereby certify that a true and correct copy of the foregoing has been served upon the defendant by using the CM/ECF system, which will send a notice of electronic filing to Peter Cassidy, III, Esq., Matthew C. Cocanougher, Esq., QUINTAIROS, PRIETO, WOOD & BOYER, P.A., 2452 Sir Barton Way, Ste. 300, Lexington, KY 40509 and to Donald L. Miller, Esq., 9300 Shelbyville Road, Ste 400, Louisville, KY 40222, on this 13th day of June, 2017.

        BY:  Thomas E. Carroll
              THOMAS E. CARROLL
              LANCE W. TURNER
              *COUNSEL FOR PLAINTIFF*