Eastern District of Kentucky
**FILED**

JUL 2 4 2017

AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON
CASE NO.: 14-127-DLB

PAM MINIARD, as ADMINISTRATRIX of the
ESTATE of BOBBY LEE BROWN, SR., and
PAM MINIARD, as ADMINISTRATRIX of the
ESTATE of CAROL BROWN,                                    PLAINTIFFS

v.                    **AGREED ORDER OF DISMISSAL**

SOMERSET HEALTH FACILITIES, L.P. d/b/a
CUMBERLAND NURSING AND REHABILITATION CENTER,           DEFENDANT

\* \* \* \* \* \* \* \* \*

Plaintiffs, Pam Miniard, as Administratrix of the Estate of Bobby Lee Brown, Sr., and

Pam Miniard as Administratrix of the Estate of Carol Brown, by counsel, and Defendant,

Somerset Health Facilities, LP d/b/a Cumberland Nursing and Rehabilitation Center, by counsel,

having agreed to settle all claims in connection with this matter and settlement having occurred;

IT IS HEREBY ORDERED that this case and all claims against Defendants may be and

the same are hereby DISMISSED WITH PREJUDICE, all matters in controversy and all claims

having been settled, with each party bearing their own costs and attorney's fees.

There being no just cause for delay, this Order is final and appealable.

24 July 17



Signed By:
*David L. Bunning*
United States District Judge

SEEN AND AGREED:


/s/ *Thomas E. Carrol, Esq. (w/ permission)*
Thomas E. Carroll, Esq.
Carroll & Turner, P.S.C.
56 Court St.
Monticello, KY 42633
COUNSEL FOR PLAINTIFFS


/s/ *J. Peter Cassidy, III*
J. Peter Cassidy, III, Esq.
Quintairos, Prieto, Wood & Boyer, P.A.
2452 Sir Barton Way, Ste. 300
Lexington, KY 40509
COUNSEL FOR DEFENDANT